ADDIE LONG ROBINSON, appellant,

*v.*

WALTER F. HODGE, &c., respondent.

[Argued May 23d, 1947. Decided September 25th, 1947.]

Mr. *Robert S. Hartgrove,* for the appellant.

Mr. *Louis E. Saunders* (Mr. *Edward De Savo* and Mr. *John F. Lynch,* of counsel), for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Egan, and reported at *139 N. J. Eq. 189.*

*For affirmance*—THE CHIEF-JUSTICE, BODINE, DONGES, HEHER, COLIE, WACHENFELD, EASTWOOD, BURLING, WELLS, DILL, FREUND, MCGEEHAN, MCLEAN, JJ. 13.

*For reversal*—None.